UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID T. MORROW, <br><br> Defendant. | Case No. 07-cv-40006-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motions to overrule the verdict (Doc. 153), for a new trial (Doc. 154), to withdraw counsel (Doc. 155) and for a ruling on the pending motions (Doc. 156) filed by defendant David T. Morrow. Morrow filed these motions *pro se*, although he is represented by attorney Terry M. Green. A defendant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998). The Court hereby **ORDERS** that the motions to overrule the verdict (Doc. 153), for a new trial (Doc. 154), and for a ruling on the pending motions (Doc. 156) be **STRICKEN**. Because the motion to withdraw counsel (Doc. 155) is directed at problems between Morrow and his counsel, the Court will not strike that motion and instead **ORDERS** that a hearing be held November 19, 2007 at 1:30 p.m. in Benton, Illinois.

The Court **WARNS** Morrow that if he continues to make further *pro se* filings while he is represented by counsel, the Court will instruct the Clerk of Court to refuse to accept them for filing.

**IT IS SO ORDERED.**
**DATED: November 13, 2007**

                  s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**